**John W. ARNZEN, III, Plaintiff–Appellant**

**Cory West; Danny Roe; David Whetstone; Derek Blaise, Plaintiffs**

**v.**

**Superintendent John R. BALDWIN; Gail Huckins; Jill Hubbard; Brad Hoenig; Beth Barnhill; Jim Felker; Leta Hasier; Jeff Crane; Jerry Bartruff; Barry Anderson; Kathy Khommanyvong; Sonya Sellmeyer; Matt Carlson, Defendants–Appellees.**

No. 15–2706.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 30, 2015.

Filed: Jan. 7, 2016.

John W. Arnzen, III, Cherokee, IA, pro se.

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

Iowa civil detainee John W. Arnzen, III appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action challenging his commitment to the Civil Commitment Unit for Sex Offenders, and arguing he should have been released on

1. The Honorable Donald E. O'Brien, late a United States District Judge for the Northern

supervision. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court finds no reversible error upon de novo review. *See Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam). The district court did not abuse its discretion in denying appointed counsel. *See Phillips v. Jasper Cty. Jail,* 437 F.3d 791, 794 (8th Cir.2006) (no right to appointed counsel in civil cases).

The judgment is affirmed. *See* 8th Cir. R. 47B.